## ORDER OF DISMISSAL

Pursuant to the parties' joint request, the Court hereby dismisses with prejudice all claims by plaintiffs against defendant with prejudice, with no costs, no interest, no attorneys' fees, and no further claims for same cause of action, pursuant to Fed.R.Civ.P 41(a)(1)(ii).

IT IS ORDERED AND ADJUDGED.

Dated this **16th** day of May, 2008.

*/s/ Joseph N. Laplante*
United States District Judge